# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

*Case No. 1:07-M-28A*

RECEIVED
U.S. MARSHALS SERVICE
MAR - 6 2007
District of Rhode Island

*To:* ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **JUAN CARLOS NOVA ROSARIO**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the **14th** day of **March, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named defendant,
on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: March 6, 2007.

David A. DiMarzio, Clerk

INITIAL APPEARANCE AT 11:45 A.M.
PRETRIAL SERVICES INTERVIEW NEEDED

***by*** ________________
***Jeannine Noel - Deputy Clerk***