UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 1:07-M-28A |
| | : | |
| JUAN CARLOS NOVA ROSARIO | : | |

**ORDER**

Defendant Juan Carlos Nova Rosario having moved this Court for an Order waiving his right to speedy indictment and excluding the period from July 1, 2007 through August 29, 2007 from the thirty-day period within which an information or an indictment must be filed against the Defendant pursuant to 18 U.S.C. § 3161(b);

IT IS THE FINDING OF THIS COURT that the ends of justice served by excluding the afore-mentioned time period outweigh the interest of the public and the Defendant in a speedy trial, for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to finalize the terms of a plea agreement.

2. The Defendant seeks additional time to discuss a proposed plea agreement with his attorney, and to consider such an agreement.

3. The filing of a plea agreement would likely result in a resolution of this matter on terms agreeable to the Government, to the Defendant and to the Court, and would eliminate the need for further pre-trial and trial proceedings, thereby conserving judicial resources.

WHEREFORE, it is on this 25th day of July, 2007;

ORDERED, Defendant has waived his right to speedy indictment and that the period from

July 1, 2007 through August 29, 2007 be excluded from the thirty-day period within which an information or an indictment must be filed against the Defendant pursuant to 18 U.S.C. § 3161(b).

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
July 25, 2007