AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

UNITED STATES OF AMERICA
V.
Juan Carlos Nova Rosario

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-112ML

I, Juan Carlos Nova Rosario, the above named defendant, who is accused of Illegal reentry to United States, 8 USC §1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on August 24, 2007 (*Date*) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Juan nova
*Defendant*

Mary S. McElroy
*Counsel for Defendant*

Before [signature]
*Judge*
USMJ