December 26, 2007

To Whom It May Concern:

My name is Natalie Sena and the purpose of this letter is to not only inform you of whom Juan Nova was and currently is, but also to form a basis on the Juan Nova's future whereabouts. As I previously stated my name is Natalie Sena, I have been Juan Nova's girlfriend for the past eight years and we currently share the presence of our five year old child Naiah Sena.

Juan Nova is not only a son, a brother, a boyfriend and a friend he is also a father. Juan Nova is a father whose characteristics are strongly inscribed in our daughter's physical features and everyday learning behavior. Due to some mistakes that Juan Nova has performed not only have I suffered, but our five year old daughter Naiah, whom has no fault in her father's actions has suffered. Juan is one of the nicest persons anyone can meet. He is full of life and is very caring and emotional. He loves and enjoys helping those in need and puts others before him self. Although he was not able to obtain a high school diploma Juan is very smart and enjoys learning. He has completed his GED in prison and has managed to be involved in activities and labors. These accomplishments have brightened Juan's days even though they are completed in prison. Sure enough people commit mistakes, whether knowingly or unknowingly, but they are identified as mistakes, after the person regrets and is remorse by there actions.

Naiah and I currently visit Juan at the detention facility and when I look at Juan all I see is regret. Naiah just currently turned five on December 24th and has begun to attend preschool. Juan is not able to be involved in the process and I can honestly say that I see this killing him and I see the regret in his eyes when we visit him. Naiah tends to ask her father why he does not take her to school, like the other father's do it not only hurts me but it hurts Juan. Naiah is lead to believe that her father is in some sort of school training to become a police officer. The reason for this is because I would not like to hurt her and have Naiah believe that her father is a bad person due to regretful actions, because he truly is not. I will not ruin the relationship that Naiah, Juan and I once had, because of mistakes that can be repaired, therefore I have concluded that I will be leaving with Juan to the Dominican Republic, where we can live normal lives and upraise Naiah in a family that she like every other child deserves. Juan Nova has always been a great father and will continue to be if and when the opportunity is once again offered to him. Juan has missed out on important events of Naiah's life and we can only hope that he does not continue to miss out on so much more to come. I am aware that Juan performed activities and crimes that not only violate the law, but also are immoral, but after serving time and after him observing his daughters achievements and growth I am more than positive that not only has he learned his mistakes but he also will not risk losing these opportunities ever again.

In conclusion, I believe that if Naiah and I move to the Dominican Republic it would suit all of us better, because I believe that the reason why Juan reentered the United States was because of his precious daughter. Taking into consideration that I am a student pursing a career in law field and that Juan will have the ability to work in the labor force with our families I am certain that everything will work out well. I also

believe that with the experience that Juan has encountered he has matured and is in knowing mind of his mistakes. Therefore with this information established I would like to ask for the Judge to please take his situation and matter into consideration and to be as lean as possible with us.

Thank you for your time on this matter.

Respectfully yours,

Natalie Sena