**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 07-CR-112-01ML** |
| | ) | |
| **JUAN CARLOS NOVA ROSARIO** | ) | |

---

## NOTICE OF APPEAL

Now comes the defendant, Juan Carlos Nova Rosario, and hereby notices his appeal of the Judgment in this case dated January 10, 2008.

Respectfully submitted
Juan Carlos Nova Rosario
By his attorney,

/s/ Mary S. McElroy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281 (401) 528-4285 Fax
Mary_McElroy@fd.org

## CERTIFICATION

I hereby certify that I electronically filed and served a copy of the within on Sandra Beckner, AUSA on the 18th day of January, 2008.

/s/ Mary S. McElroy