**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **07-112-01ML** |
| | ) | |
| **JUAN NOVA ROSARIO** | ) | |

---

## WITHDRAWAL OF NOTICE OF APPEAL

Now comes the defendant Juan Nova Rosario, by and through his counsel, and moves to withdraw his notice of appeal filed on January 18, 2008.

Respectfully submitted
Juan Nova Rosario
By his attorney,

/s/ Mary S. McElroy, 4830
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, RI 02903
(401) 528-4281FAX 528-4285
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was electronically filed and delivered to Sandra Beckner, Assistant United States Attorney and mailed to Juan Carlos Nova Rosario, c/o Donald W. Wyatt Detention Facility, 950 High Street, Central Falls, RI 02863.

/s/ Mary S. McElroy