MANDATE

07-00112
USDC/RI
Lisi, M.

# United States Court of Appeals
## For the First Circuit

No. 08-1117

UNITED STATES

Appellee

v.

JUAN CARLOS NOVA ROSARIO

Defendant - Appellant

RECEIVED

MAY 12 2008

Property of U.S. District Court
District of Rhode Island

**JUDGMENT**

Entered: May 7, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 5/7/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

Sandra Beckner
Donald Lockhart
Mary McElroy
Juan Carlos Nova Rosario